IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   19-cv-01359-RM-NYW

BRIAN WILLIAM WALLACE,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A d/b/a Capital One;
SCRIBD, INC.; and
C.A. HARRISON ENTERPRISES d/b/a Background USA, Inc. d/b/a Vital Records USA;

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 51) of Judge Raymond P. Moore entered on October 7, 2019, it is

ORDERED that Judgment is hereby entered in favor of Defendants Capital One Bank (USA), SCRIBD, Inc., and C.A. Harrison Enterprises; and against Plaintiff, Brian William Wallace.   It is

FURTHER ORDERED that this case is dismissed without prejudice and closed.

 Dated at Denver, Colorado this 7th of October, 2019.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:   s/  C. Pearson
                              C. Pearson, Deputy Clerk